ANNA Y. PARK, CA SBN 164242
SUE J. NOH, CA SBN 192134
DEREK W. LI, CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone: (213)894-1077
Facsimile: (213)894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> RAMONA'S MEXICAN FOOD PRODUCTS, INC., <br><br> Respondent. | Case No. CV 13-06079  BRO (JCGx) <br><br> **ORDER TO SHOW CAUSE WHY PETITIONER EEOC'S SUBPOENA SHOULD NOT BE ENFORCED.** |

    Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its Subpoenas *duces tucum* (Subpoena No. LV 13-08) served on Respondent Ramona's Mexican Food Products, Inc. ("Respondent") should not be enforced.  In its Application and supporting documents, the EEOC states that it served on May 9, 2013 the Subpoena on Respondent pursuant to Section 710 of Title VII of the Civil Rights

1

Order to Show Cause re: Subpoena

Act of 1964, as amended, 42 U.S.C. § 2000e-9 in the investigation of Charges of Discrimination alleging discrimination based on race and/or national origin. The EEOC further states that Respondent has not responded fully to the Subpoena.

Due to the service of the Subpoenas and Respondent's failure to comply with the Subpoenas, it is HEREBY ORDERED:

1. That Respondent is ORDERED to appear on October 7, 2013 at 1:30 pm in Courtroom 14, United States Courthouse located at 312 North Spring Street, Los Angeles, California before the Honorable Beverly Reid O'Connell, and show cause why Respondent should not be compelled to comply with the Subpoena LV 13-08 issued and served by the EEOC.

2. That Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before September 3, 2013.

3. That Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than September 16, 2013.

4. Any Reply by the EEOC to the Respondent's Answer or Response shall be filed no later than September 23, 2013.

**IT IS SO ORDERED.**

Dated: August 21, 2013      _____
                            HONORABLE BEVERLY REID O'CONNELL
                            UNITED STATES DISTRICT COURT JUDGE

Order to Show Cause re: Subpoena