ANNA Y. PARK, CA SBN 164242
SUE J. NOH, CA SBN 192134
DEREK W. LI, CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone: (213)894-1077
Facsimile: (213)894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Petitioner EEOC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Petitioner,<br><br>      v.<br><br>RAMONA'S MEXICAN FOOD PRODUCTS, INC.,<br><br>           Respondent. | Case No. 13-06079-BRO (JCGx)<br><br>**PETITIONER EEOC'S REQUEST FOR DISMISSAL OF SUBPOENA ENFORCEMENT ACTION AND ORDER TO SHOW CAUSE HEARING ON WHY THE EEOC'S SUBPOENA SHOULD NOT BE ENFORCED** |

1  Petitioner U.S. Equal Employment Opportunity Commission ("EEOC" or "Petitioner") files its request for a dismissal of its action to enforce its subpoena on the following grounds.

 1. On August 10, 2013, the EEOC filed an Application for an Order to Show Cause as to why its Subpoenas *duces tucum* (Subpoena No. LV 13-08) served on Respondent Ramona's Mexican Food Products, Inc. ("Respondent") should not be enforced. (ECF No. 1) In its Application and supporting documents, the EEOC states that it served on May 9, 2013 the Subpoena on Respondent in the EEOC's investigation of complaints alleging discrimination based on race and/or national origin in violation of Title VII. (*Id.*) The EEOC further states that Respondent has not responded fully to the Subpoena. (*Id.*)

 2. On August 21, 2013, the Court granted the EEOC's Application for an Order to Show Cause. (ECF No. 5) The Court ordered a hearing scheduled for October 7, 2013 at 1:30 p.m. for Respondent to appear and to show cause why it should not be compelled to comply with the Subpoena. (*Id.*) Upon the parties' stipulations for additional time to resolve the subpoena dispute informally, the Court granted several extensions of the Order to Show Cause Hearing. The Court granted the last request for an extension and has scheduled the hearing for Respondent to appear and to show cause on December 16, 2013 at 1:30 p.m. (ECF No. 14).

 3. Respondent has supplemented its prior production in response to the Subpoena.

 4. Upon review of Respondent's subsequent supplementation of documents and information, the EEOC has determined that Respondent has fully complied with the Subpoena.

1

EEOC's Req. for Dismissal re:
Order to Show Cause Hearing re: EEOC Subpoena

5.  Because there is no further need for this Action, the EEOC requests for the Court to dismiss this Action and take off calendar the Order to Show Cause Hearing that is scheduled for December 16, 2013 at 1:30 p.m.

Dated: December 13, 2013         U.S. EQUAL EMPLOYMENT
                                 OPPORTUNITY COMMISSION

                                 */s/ Derek W. Li*
                             By: _____
                                 Derek W. Li
                                 Attorneys for Plaintiff EEOC

2

EEOC's Req. for Dismissal re:
Order to Show Cause Hearing re: EEOC Subpoena