JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> RAMONA'S MEXICAN FOOD PRODUCTS, INC., <br><br> Respondent. | ) Case No. 13-06079-BRO (JCGx) <br> ) <br> ) **ORDER RE: DISMISSAL OF** <br> ) **SUBPOENA ENFORCEMENT** <br> ) **ACTION AND ORDER TO** <br> ) **SHOW CAUSE HEARING ON** <br> ) **WHY THE EEOC'S SUBPOENA** <br> ) **SHOULD NOT BE ENFORCED** <br> ) <br> ) <br> ) <br> ) |

Order re: Dismissal of Action and Hearing
Order to Show Cause re: EEOC Subpoena

On November 15, 2013, the Court scheduled a hearing for December 16, 2013 at 1:30 p.m. for Respondent Ramona's Mexican Food Products, Inc. ("Respondent") to appear and to show cause why it should not be compelled to comply with the Subpoena (Subpoena No. LV 13-08) issued by the Petitioner U.S. Equal Employment Opportunity Commission ("EEOC").  (ECF No. 11)

GOOD CAUSE HAVING BEEN SHOWN by Petitioner EEOC's Request for Dismissal of Subpoena Enforcement Action and Order to Show Cause Hearing on Why the EEOC's Subpoena Should not be Enforced, IT IS HEREBY ORDERED: that the hearing scheduled for December 16, 2013 at 1:30 p.m. shall be taken off calendar and that the underlying subpoena enforcement action is dismissed.

**IT IS SO ORDERED.**

Dated:  December 13, 2013

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1

Order re: Dismissal of Action and Hearing
Order to Show Cause re: EEOC Subpoena